IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES RICHARD ASBURY     PLAINTIFF

V.     CASE NO.: 3:17-CV-03120

JUDGE SCOTT JACKSON and
PROSECUTOR TONY ROGERS     DEFENDANTS

## JUDGMENT

For the reasons stated in an Opinion and Order dated today, this case is subject to dismissal because the claims are frivolous, fail to state claims upon which relief may be granted, or are against Defendants immune from suit. Therefore, this case is **DISMISSED WITH PREJUDICE.** See 28 U.S.C. § 1915(e)(2)(B)(i-iii).

The dismissal constitutes a strike under 28 U.S.C. § 1915(g). The **Clerk** is directed to put a § 1915(g) strike on this case.

**IT IS SO ORDERED** on this 7th day of February, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE